**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  5:24-po-00208-CDB |
| Plaintiff, | CVB Violation E1018034 / CA14 |
| v. | ORDER TO REFUND OVERPAYMENT |
| ROBERT M. CATY, | (Doc. 5) |
| Defendant. | |

Defendant Robert Caty was issued Violation Notice E1018034 with a total collateral due of $230.00.  As a result of Defendant's failure to appear on September 3, 2024, the Court issued an arrest warrant and assess a failure-to-appear penalty in the amount of $100.00 for a total collateral due of $330.00.

On March 11, 2026, Defendant paid the amount of $360.00. Accordingly, the Court accepted it as payment in full, recalled the arrest warrant, and closed the case.

Because Defendant overpaid on the collateral due, the Court HEREBY ORDERS that a refund be issued to Defendant in the amount of $30.00.

IT IS SO ORDERED.

Dated:  **March 18, 2026**

_____
UNITED STATES MAGISTRATE JUDGE